IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U.S. COURT OF APPEALS
10TH CIRCUIT
2017 SEP -8  AM 10: 23

Civil Action No.   1:17CV01904   GPG
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 8 2017

JEFFREY P. COLWELL
CLERK

   Charles J. Stout   , Plaintiff,

v.

MR. Leonard Woodson et al,

MS. Cristina Marquez   ,

Mr. Steve Hartley   ,

MS. Patsy Paulk   ,

MS. Legget   ,

MS. Eliason   ,

MS. Elliard   ,

MS. Lori Seitz   ,

MS Michelle Wesolowski   , Defendant(s).

(List each named defendant on a separate line.)

---

**PRISONER COMPLAINT**

---

(Rev. 1/30/07) 2

## A. PARTIES

Charles J. Stout DOC # 113027, CMRC,1A,2925 East Las Vegas ST, Colorado springs, CO 80906.
(Plaintiff's name, prisoner identification number, and complete mailing address)

1. MR. Leonard Woodson, S.O.T.M.P. Director, DOC Headquarters, 1250 Academy Park Loop, Colorado Springs, CO 80910
(Name, title, and address of first defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes___ No ✓ (CHECK ONE). Briefly explain your answer:

MR. Woodson not properly supervising MS. Seitz, and MS. Wesolowski.

2. MS. Marquez, S.O.T.M.P. Assistant Director, 1250 Academy park loop, Colorado Springs, CO 80910
(Name, title, and address of second defendant)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes___ No ✓ (CHECK ONE). Briefly explain your answer:

MS. Marquez not properly supervising, MS. Seitz, and MS. Wesolowski

3. MR. Hartley, CMRC Director, 2925 East Las Vegas ST, Colorado Springs, CO 80906
(Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes___ No ✓ (CHECK ONE). Briefly explain your answer:

MR. Hartley, not properly supervising CMRC staff.

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes___ No ✓ (CHECK ONE). Briefly explain your answer:

4. MS. Paulk, CMRC Assistant Director, 2925 East Las Vegas ST., Colorado Springs, CO 80906
(Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes___ No ✓ (CHECK ONE). Briefly explain your answer:

MS. Paulk not supervising CMRC staff

5. MS .Legget, CMRC Program Manager, 2925 East Las Vegas ST, Colorado Springs, CO 80906            (Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes____ No_✓_ (CHECK ONE). Briefly explain your answer:

Putting MR. Stout in a high risk situation by not properly screening resident before assigning job to him

6. MS. Eliason, CMRC Mental Health Department Head, 2925 East Las Vegas ST, Colorado Springs, CO 80906      (Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes____ No_✓_  (CHECK ONE). Briefly explain your answer:

By not properly supervising Mental Health staff under her

7. MS. Elliard CMRC Unit 1 Case Manager, 2925 East Las Vegas ST. Colorado Springs, CO 80906            (Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes____ NO _✓_ (CHECK ONE). Briefly explain your answer:

Assigning me to a job that I was pulled out of when I got here due to conflict with my SOTMP program, due to being a high risk area for me.

8. MS. Seitz, CMRC SOTMP/Mental health Provider, 2925 East Las Vegas ST. Colorado Springs CO 80906       (Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes____ No_✓ (CHECK ONE). Briefly explain your answer:

Allowing MR. Stout to be put into a high risk area and leaving MR. Stout in that area against his Personal change contract.

9. MS. Wesolowski, CMRC SOTMP/Mental Health provider, 2925 East Las Vegas ST. Colorado Springs, CO 80906
             (Name, title, and address of third defendant)

(At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? Yes ___No__✓_  (CHECK ONE). Briefly explain your answer:

Allowing MR. Stout to be put into a high risk area and leaving MR. Stout in that area against his Personal change contract.
(Rev. 1/30/07)

If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   _____ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."
(Rev. 1/30/07) 4

    MS. Legget (the person in charge of the job board here at CMRC) put MR. Stout in the Kitchen and MR. Stout's therapist MS. Seitz and MS. Wesoloski and his Case Manager MS. Elliard knowingly allowed MR. Stout to be put into the kitchen here at CMRC disregarding his "Personal Change Contract" which is part of his SOMB criteria, and SOTMP treatment. This area (the kitchen) is part of MR. Stout's high risk areas in his current sexual abuse cycle.

    Offenders in SOTMP treatment are taught how to recognize their "high risk areas" and taught "tools" on how to get out of their "high risks areas" as soon as possible. Offenders are not taught "tools" on how to remain in these "high risk areas." Offenders are to get out of "high risk areas" as soon as possible when they recognize they are in one.

    The kitchen is part of my "sexual build up" phase in my "Personal change contract." MR. Stout has not been in a DOC kitchen since approximately July 2015. I was in the kitchen here at CMRC for approximately one and a half days when I got here and was pulled out for this same reason.
I received a "work ticket" on July 8th, 2017 and sent a request for interview to MS. Seitz and received back the slip with an appointment on July 18th, 2017 (Which was for 10 days later). MS. Seitz Knowingly left me in this "high risk area" for ten days before she would discuss this matter

with me. Deliberately causing mental anguish that have been manifesting physical as well. I.E. rash, sever back pain, increased thoughts of sexually acting out, urge to masturbate more frequently. A build up in short that could cause others harm as well, when MR. Stout reaches the point when he can no longer maintain. MR. Stout is being subjected to unnecessary pain & suffering. If Mr. Stout would refuse to go to work in the kitchen, disciplinary action would be given to MR. Stout. This would include "restricted privileges" and a COPD action "refusing to work" and also lose his parole status.

MR. Stout met with MS. Seitz on the 18th of July and she said "see you are doing ok in the kitchen you have learned tools to be in a "high risk area"". In our community here at CMRC MR. Stout talked to several other peers from different facilities they all said the same to MR. Stout, that they were taught the same "tools" to recognize "high risk areas" and to get out of them as soon as possible, this is also true from the peers who did drug and alcohol treatment here at CMRC. The CMRC "hand book" says to "avoid triggers" Which would be the same as a "high risk area". Step 3 grievance has been filed on AUGUST 28th 2017, which shows you no attempt has been made to remove MR. Stout from his "high risk" area.

### D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

**1. Claim One: Deliberate indifference**

Supporting Facts: All named defendants are in flagrant violation of MR. Stout's and other CMRC/SOTMP residence constitutional rights. Disregard for offenders previously Identified "high risk" areas, and knowingly keeping them in their "high risk" areas, covering up of MR. Stout being physically assaulted, covering up of suspected sexual misconduct being reported to them. If you don't work in them (for example the kitchen for me) which is identified as a "high risk" area for me. I would be put into "RP" status, receive a COPD write up for "refusing to work", and loose me parole status.

Witnesses to this fact: MR. Fraser DOC# 114110, MR. Hernandez DOC# 145066, MR. Mills DOC# 107005, MR. ST. Clare DOC# 133966, MR. Howard DOC# 117465, MR. Tefkin DOC# 125999, MR. Kelly DOC# 163113, MR. Koch DOC# 148451.

Others want to be witnesses but, fear retaliation from the named defendant and possibly not getting paroled, and/or other consequences.

(Rev. 1/30/07)
## 2. Claim Two: <u>Negligence possible gross negligence.</u>

Supporting Facts: MR. Woodson, MS. Marquez, MR. Hartley, MS. Paulk, and MS. Eliason, Allowing MS. Seitz and MS. Wesolowski to abuse their power and discretion by not following SOTMP/SOMB, and CMRC guide lines, by not supervising their staff properly.

    Witnesses to this fact: MR. Fraser DOC# 114110, MR. Hernandez DOC# 145066, MR. Mills DOC# 107005, MR. ST. Clare DOC# 133966, MR. Howard DOC# 117465, MR. Tefkin DOC# 125999, MR. Kelly DOC# 163113, MR. Koch DOC# 148451.

    Others want to be witnesses but, fear retaliation from the named defendant and possibly not getting paroled, and/or other consequences.

## 3. Claim Three: <u>Abuse of power and discretion</u>

Supporting Facts: All named Defendants are in flagrant disregard for approved treatment plans (Personal Change Contract (PPC), Risk Management, Cycles) not treating all offenders equally, favoritism, preferential treatment for some.

Examples:
    1) Favoritism to their Mental Health Clerk, and their Case Manager Clerk, which are part of three offenders perceived as untouchable, and are "Golden Boys" in the eyes of the community.
    2) The above three allowed to stand where staff stands during meetings.
    3) Taking the word of one offender over another offender with no other backing evidence, mainly from their "golden Boys".
    4) Allowing privileges for some offenders and not for all offenders.
    5) Having offenders in authority, or appearance of authority over other offenders.
    6) Potential handling of confidential information such as:
        A) Request for interviews (kite) in which is listed, need for mental health issues, treatment issues, case management issues and/or other issues.
        B) Gathering confidential information, such as parole plans, treatment plans, all of which include personal information, family's/ Friends personal information, release of information.
        C) Polygraph list (SOTMP/SOMB) treatment.

*Others want to witness this claim see next page*

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? Yes___ No_✓_ (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional

Witness to Claim 3

MR. Fraser DOC#114110, MR. Hernandez DOC#145066, MR. Mills DOC#107005, MR. St Clair, DOC#133966, MR. Howard DOC#117465, MR. Teskin DOC#125999, MR. Kelly DOC#163113, MR. Koch DOC#148451.

Others want to be witnesses, but fear retaliation from the named defendants and possible NOT getting paroled and/or other consequences.

lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: _____

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____
6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   __X__ Yes ____ ~~No~~ (CHECK ONE).

2. Did you exhaust available administrative remedies? Yes____ No _✓_ (CHECK ONE).

   <u>Filled Step 2 Grievance on August 25th, 2017.</u>

(Rev. 1/30/07)

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

      I would like to be removed from the "High Risk" area and paid the sum of $100.00 per day they kept me in this "high risk" area for physical and emotional abuse. For defendants to pay all expenses for this lawsuit to include but not limited to: Court cost, cost for all postage, cost for all copies, process serving and any other cost the courts deem should be reimbursed.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  9/05/17
           (Date)

                                                (Prisoner's Original Signature)

## Certificate of mailing

I Charles J Stout DOC# 113027 certify that on September 5th, 2017 that true copies of this Prisoner Complaint was mailed postage pre-paid to the following addresses:

DOC Headquarters
1250 Academy Park Loop
Colorado Springs, Co 80910

AND

CMRC
2925 E. Las Vegas ST
Colorado Springs, CO 80906

_____ Date 9/5/17
Charles J. Stout

Charles J Stout
Doc # 113027
CmRc 1-A
3755 E Las Vegas St
Colo Springs CO 80906

**LEGAL MAIL**

90/19th St
Clerk Of The Courts
United States District Court
Alfred A. Arraj Courthouse
Denver CO 80294-3589

Scan
US



UNITED STATES POSTAGE
$ 001.40⁰
PITNEY BOWES
02 1P
0001907095   SEP 05 2017
MAILED FROM ZIP CODE 80906

